**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: OGLESBY, JESSE L § | Case No. 08-70083 |
| § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    U.S. Bankruptcy Court
    Stanley J. Roszkowski U.S. Courthouse
    327 South Church Street
    Rockford, IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 09/05/2012 in Courtroom 3100, United States Courthouse, 327 South Church Street
Rockford, IL 61101 .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  07/26/2012          By:  /s/JAMES E. STEVENS
                                                                            Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: OGLESBY, JESSE L § | Case No. 08-70083 |
| § | |
| § | |
| Debtor(s) § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 8,412.05 |
| *and approved disbursements of* | $ 64.53 |
| *leaving a balance on hand of* [1] | $ 8,347.52 |
| **Balance on hand:** | $ 8,347.52 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 8,347.52 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,591.21 | 0.00 | 1,591.21 |
| Attorney for Trustee, Fees - Barrick, Swizer Law Firm | 5,103.00 | 0.00 | 5,103.00 |
| Attorney for Trustee, Expenses - Barrick, Switzer Law Firm | 136.75 | 0.00 | 136.75 |
| Charges, U.S. Bankruptcy Court | 250.00 | 0.00 | 250.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 7,080.96 |
| Remaining balance: | $ 1,266.56 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,266.56

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 1,266.56

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 32,720.32 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Recovery Management Systems Corporation | 5,711.76 | 0.00 | 221.10 |
| 2 | DISCOVER BANK | 5,643.78 | 0.00 | 218.46 |
| 3 | Commerce Bank | 3,271.65 | 0.00 | 126.64 |
| 4 | Chase Bank USA NA | 6,028.32 | 0.00 | 233.35 |
| 5 | Chase Bank USA NA | 2,528.08 | 0.00 | 97.86 |
| 6 | Chase Bank USA NA | 1,678.76 | 0.00 | 64.98 |
| 7 | Sallie Mae | 7,857.97 | 0.00 | 304.17 |

Total to be paid for timely general unsecured claims: $ 1,266.56
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL 61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Jesse L Oglesby  
    Debtor

Case No. 08-70083-MB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-3   User: cshabez   Page 1 of 2   Date Rcvd: Aug 10, 2012  
                Form ID: pdf006   Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2012.
```
db          +Jesse L Oglesby,    3487 Hampton Ridge Drive #5,    Rockford, IL 61109-6057
11870687    +A Law Office of Crosby,    & Associates PC,    475 Executive Parkway,    Rockford, IL 61107-5282
11870688    +Associated Card Servic,    1305 Main St,    Stevens Point, WI 54481-2830
11870689    +Associated Mortgage,    Po Box 457,    Green Bay, WI 54305-0457
11870690    +Capital 1 Bk,    11013 W Broad St,    Glen Allen, VA 23060-5937
11870691    +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
14412674     Chase Bank USA NA,    PO BOX 15145,    Wilmington DE 19850-5145
11870692    +Chase/cc,    225 Chastain Meadows Ct,    Kennesaw, GA 30144-5897
11870695     Hsbc Nv,    Po Box 19360,    Salinas, CA  93901
11870696     Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
11870686    +Oglesby Jesse L,    3487 Hampton Ridge Drive #5,    Rockford, IL 61109-6057
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14366751     E-mail/Text: bankruptcy@commercebank.com Aug 11 2012 00:22:18     Commerce Bank,   P O BOX 419248,
              KCREC-10,    Kansas City, MO 64141-6248
11870693    +E-mail/Text: bankruptcy@commercebank.com Aug 11 2012 00:22:18     Commerce Bank N A,
              911 Main St,    Kansas City, MO 64105-2009
14350777     E-mail/PDF: mrdiscen@discoverfinancial.com Aug 11 2012 02:04:26     DISCOVER BANK,
              DFS Services LLC,    PO Box 3025,    New Albany, Ohio  43054-3025
11870694     E-mail/PDF: mrdiscen@discoverfinancial.com Aug 11 2012 02:04:26     Discover Fin,    Pob 15316,
              Wilmington, DE  19850
11870697     E-mail/Text: cio.bncmail@irs.gov Aug 11 2012 00:16:07     Internal Revenue Service Center,
              Atlanta, GA  39901-0025
11870698    +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 11 2012 00:17:15     Kohls/chase,
              N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
11870699    +E-mail/Text: bankrup@nicor.com Aug 11 2012 00:17:01     Nicor Gas,    1844 Ferry Road,
              Naperville, IL 60563-9600
11903201     E-mail/PDF: rmscedi@recoverycorp.com Aug 11 2012 02:45:58
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
14344229    +E-mail/PDF: rmscedi@recoverycorp.com Aug 11 2012 02:05:02
              Recovery Management Systems Corporation,    For Capital Recovery I LLC,    As Assignee of HSBC,
              25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
14701307    +E-mail/PDF: pa_dc_claims@salliemae.com Aug 11 2012 02:46:32     Sallie Mae,    c/o Sallie Mae Inc.,
              220 Lasley Ave.,    Wilkes-Barre PA 18706-1496
11870700    +E-mail/PDF: pa_dc_claims@salliemae.com Aug 11 2012 02:05:11     Sallie Mae 3rd Pty Lsc,
              1002 Arthur Dr,    Lynn Haven, FL 32444-1683
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14417972*    Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 12, 2012**        **Signature:** *Joseph Speetjens*

```
District/off: 0752-3          User: cshabez             Page 2 of 2             Date Rcvd: Aug 10, 2012
                              Form ID: pdf006           Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2012 at the address(es) listed below:

        James E Stevens    on behalf of Plaintiff James Stevens jimstevens@bslbv.com
        James E Stevens    jimstevens@bslbv.com, IL48@ecfcbis.com
        Linda  Godfrey    on behalf of Debtor Jesse Oglesby LGodfrey@thecrosbylawfirm.com, HHarms@thecrosbylawfirm.com
        Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov

                                                                                        TOTAL: 4