**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: OGLESBY, JESSE L                       § Case No. 08-70083
                                              §
                                              §
Debtor(s)                                     §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $88,724.68  <br>*(without deducting any secured claims)* | Assets Exempt:  $0.00 |
| Total Distribution to Claimants: $1,266.56 | Claims Discharged<br>Without Payment: $50,121.76 |
| Total Expenses of Administration: $7,145.49 | |

    3) Total gross receipts of $     8,412.05     (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      0.00     (see **Exhibit 2**), yielded net receipts of $8,412.05 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $50,896.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,145.49 | 7,145.49 | 7,145.49 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 427.49 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 18,668.00 | 32,720.32 | 32,720.32 | 1,266.56 |
| **TOTAL DISBURSEMENTS** | $69,991.49 | $39,865.81 | $39,865.81 | $8,412.05 |

    4) This case was originally filed under Chapter 7 on January 14, 2008. The case was pending for 58 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/25/2012          By: /s/JAMES E. STEVENS
                                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Property Settlement (To be received from ex-wife | 1149-000 | 8,412.05 |
| **TOTAL GROSS RECEIPTS** | | **$8,412.05** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | ASSOCIATED MORTGAGE | 4110-000 | 50,896.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$50,896.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,591.21 | 1,591.21 | 1,591.21 |
| Clerk of the Bankruptcy court | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| Barrick, Swizer Law Firm | 3110-000 | N/A | 5,103.00 | 5,103.00 | 5,103.00 |
| Barrick, Switzer Law Firm | 3120-000 | N/A | 136.75 | 136.75 | 136.75 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | 2300-000 | | N/A | 14.53 | 14.53 | 14.53 |
| The Bank of New York Mellon | 2600-000 | | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $7,145.49 | $7,145.49 | $7,145.49 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Internal Revenue Service Center | 5800-000 | 218.97 | N/A | N/A | 0.00 |
| NOTFILED | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | 208.52 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $427.49 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Recovery Management Systems Corporation | 7100-000 | N/A | 5,711.76 | 5,711.76 | 221.10 |
| 2 | DISCOVER BANK | 7100-000 | N/A | 5,643.78 | 5,643.78 | 218.46 |
| 3 | Commerce Bank | 7100-000 | N/A | 3,271.65 | 3,271.65 | 126.64 |
| 4 | Chase Bank USA NA | 7100-000 | N/A | 6,028.32 | 6,028.32 | 233.35 |
| 5 | Chase Bank USA NA | 7100-000 | N/A | 2,528.08 | 2,528.08 | 97.86 |
| 6 | Chase Bank USA NA | 7100-000 | N/A | 1,678.76 | 1,678.76 | 64.98 |
| 7 | Sallie Mae | 7100-000 | N/A | 7,857.97 | 7,857.97 | 304.17 |
| NOTFILED | Commerce Bank NA | 7100-000 | 2,434.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase/cc | 7100-000 | 1,488.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohl's Chase | 7100-000 | 165.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Nv | 7100-000 | 4,206.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Capital 1 Bank | 7100-000 | 1,755.00 | N/A | N/A | 0.00 |
| NOTFILED | NICOR Gas | 7100-000 | 55.00 | N/A | N/A | 0.00 |
| NOTFILED | Associated Card Services | 7100-000 | 8,565.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $18,668.00 | $32,720.32 | $32,720.32 | $1,266.56 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-70083  **Trustee:** (330420) JAMES E. STEVENS
**Case Name:** OGLESBY, JESSE L  **Filed (f) or Converted (c):** 01/14/08 (f)
 **§341(a) Meeting Date:** 02/21/08
**Period Ending:** 10/25/12  **Claims Bar Date:** 11/19/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2919 Pelham Road, Rockford, | 83,784.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash on hand | 20.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking Account # 9802443468 Amcore Bank | 945.68 | 0.00 | DA | 0.00 | FA |
| 4 | Ridge Properties | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Misc. Household goods | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Misc. clothing | 250.00 | 0.00 | DA | 0.00 | FA |
| 7 | Electric Guiter | 200.00 | 0.00 | DA | 0.00 | FA |
| 8 | Golf Clubs | 100.00 | 0.00 | DA | 0.00 | FA |
| 9 | 401K | 200.00 | 0.00 | DA | 0.00 | FA |
| 10 | Property Settlement (To be received from ex-wife | 14,000.00 | 14,500.00 | | 8,412.05 | FA |
| 11 | 1994 - Ford Tempo GL 137000 Miles | 1,225.00 | 0.00 | DA | 0.00 | FA |
| 11 | **Assets Totals** (Excluding unknown values) | **$102,724.68** | **$14,500.00** | | **$8,412.05** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2008   **Current Projected Date Of Final Report (TFR):**   July 26, 2012  (Actual)

Printed: 10/25/2012 09:47 AM   V.13.04

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-70083 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | OGLESBY, JESSE L | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******93-66 - Checking Account |
| Taxpayer ID #: | **-***5899 | | Blanket Bond: | $178,000.00 (per case limit) |
| Period Ending: | 10/25/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/27/12 | | Title Underwriters Agency | proceeds from 1/2 interest in marital residence | | 8,412.05 | | 8,412.05 |
| | {10} | | CONTRACT SALES PRICE      64,500.00 | 1149-000 | | | 8,412.05 |
| | {10} | | Pay off 1st mtg      -40,844.18 | 1149-000 | | | 8,412.05 |
| | {10} | | pay off 2nd mtg      -6,112.64 | 1149-000 | | | 8,412.05 |
| | {10} | | dep retained      -1,000.00 | 1149-000 | | | 8,412.05 |
| | {10} | | seller paid owners policy      -465.00 | 1149-000 | | | 8,412.05 |
| | {10} | | 2011 county taxes      -3,118.54 | 1149-000 | | | 8,412.05 |
| | {10} | | 2012 county taxes pro rated      -1,005.43 | 1149-000 | | | 8,412.05 |
| | {10} | | realtor's commission      -3,192.50 | 1149-000 | | | 8,412.05 |
| | {10} | | closing letter      -50.00 | 1149-000 | | | 8,412.05 |
| | {10} | | IL DFI Policy Fee      -3.00 | 1149-000 | | | 8,412.05 |
| | {10} | | Courier Fee      -25.00 | 1149-000 | | | 8,412.05 |
| | {10} | | recording fee deed      -35.75 | 1149-000 | | | 8,412.05 |
| | {10} | | city, county and state tax stamps      -96.75 | 1149-000 | | | 8,412.05 |
| | {10} | | recorder deed      -35.75 | 1149-000 | | | 8,412.05 |
| | {10} | | water bill      -14.41 | 1149-000 | | | 8,412.05 |
| | {10} | | sanitary bill      -49.00 | 1149-000 | | | 8,412.05 |
| | {10} | | clear water certificate      -40.00 | 1149-000 | | | 8,412.05 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,387.05 |
| 06/04/12 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2012 FOR CASE #08-70083, Blanket Bond #016018067 | 2300-000 | | 14.53 | 8,372.52 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,347.52 |
| 09/05/12 | 102 | Clerk of the Bankruptcy court | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 250.00 | 8,097.52 |
| 09/05/12 | 103 | Barrick, Swizer Law Firm | Dividend paid 100.00% on $5,103.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 5,103.00 | 2,994.52 |
| 09/05/12 | 104 | Barrick, Switzer Law Firm | Dividend paid 100.00% on $136.75, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 136.75 | 2,857.77 |
| 09/05/12 | 105 | JAMES E. STEVENS | Dividend paid 100.00% on $1,591.21, Trustee Compensation;  Reference: | 2100-000 | | 1,591.21 | 1,266.56 |
| 09/05/12 | 106 | Recovery Management Systems Corporation | Dividend paid   3.87% on $5,711.76; Claim# 1; Filed: $5,711.76; Reference: | 7100-000 | | 221.10 | 1,045.46 |

Subtotals :    $8,412.05    $7,366.59

{} Asset reference(s)    Printed: 10/25/2012 09:47 AM    V.13.04

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 08-70083
**Case Name:** OGLESBY, JESSE L

**Taxpayer ID #:** **-***5899
**Period Ending:** 10/25/12

**Trustee:** JAMES E. STEVENS (330420)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******93-66 - Checking Account
**Blanket Bond:** $178,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/05/12 | 107 | DISCOVER BANK | Dividend paid   3.87% on $5,643.78; Claim# 2; Filed: $5,643.78; Reference: | 7100-000 | | 218.46 | 827.00 |
| 09/05/12 | 108 | Commerce Bank | Dividend paid   3.87% on $3,271.65; Claim# 3; Filed: $3,271.65; Reference: | 7100-000 | | 126.64 | 700.36 |
| 09/05/12 | 109 | Chase Bank USA NA | Dividend paid   3.87% on $6,028.32; Claim# 4; Filed: $6,028.32; Reference: | 7100-000 | | 233.35 | 467.01 |
| 09/05/12 | 110 | Chase Bank USA NA | Dividend paid   3.87% on $2,528.08; Claim# 5; Filed: $2,528.08; Reference: | 7100-000 | | 97.86 | 369.15 |
| 09/05/12 | 111 | Chase Bank USA NA | Dividend paid   3.87% on $1,678.76; Claim# 6; Filed: $1,678.76; Reference: | 7100-000 | | 64.98 | 304.17 |
| 09/05/12 | 112 | Sallie Mae | Dividend paid   3.87% on $7,857.97; Claim# 7; Filed: $7,857.97; Reference: | 7100-000 | | 304.17 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 8,412.05 | 8,412.05 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 8,412.05 | 8,412.05 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,412.05** | **$8,412.05** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******93-66 | 8,412.05 | 8,412.05 | 0.00 |
| | $8,412.05 | $8,412.05 | $0.00 |

{} Asset reference(s)

Printed: 10/25/2012 09:47 AM   V.13.04